May Term,
1861.

THE BANK OF
THE STATE OF
INDIANA
v.
MILLER.

*R. C. Gregory,* and *Chase & Wilstach,* for the appellees.

---

### THE BANK OF THE STATE OF INDIANA v. MILLER and Another.

APPEAL from the *Allen* Common Pleas.

*Per Curiam.*—This case is here on the evidence; and the evidence is all in the record. It appears from it that the

judgment is for too small an amount. We think there ought to be another trial.

The judgment is reversed, with costs. Cause remanded, &c.

*W. H. Coombs*, for the appellant.

*W. W. Carson*, for the appellees.